■ MIKE O'HARA, Respondent, v MOORE-McCORMACK LINES, INC., Appellant.—Order, Supreme Court, New York County, entered on June 3, 1977, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Evans, Markewich and Sullivan, JJ.

■ RONALD C. TRUE, Respondent, v CONSOLIDATED RAIL CORP., Appellant.—Order, Supreme Court, New York County, entered on May 9, 1978, unanimously affirmed on the opinion of Hughes, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Evans, Markewich and Sullivan, JJ.

■ In the Matter of RICHARD J. HANRAHAN et al., Appellants, v THOMAS F. ROCHE, as Personnel Director of the City of New York and Former Chairman of the Civil Service Commission of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on December 23, 1977, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, without costs and without disbursements. Concur —Lupiano, J. P., Evans, Markewich and Sullivan, JJ.

■ LISBETH K. UZCATEGUI, an Infant by Her Father and Natural Guardian LUIS R. UZCATEGUI, et al., Respondents, v MINNESOTA MINING & MANUFACTURING CO., Also Known as 3M COMPANY, Appellant.—Order, Supreme Court, New York County, entered on February 8, 1978, unanimously affirmed. (See *Hennessy v Benerofe,* 63 AD2d 779.) Respondent shall recover of appellant $40 costs and disbursements of this appeal. No opinion. Concur —Lupiano, J. P., Evans, Markewich and Sullivan, JJ. [96 Misc 2d 868.]

■ WOODBURY HOLDING CORPORATION et al., Appellants, v ST. PAUL FIRE AND MARINE INSURANCE COMPANY et al., Respondents.—Appeal from order, Supreme Court, New York County, entered on June 2, 1977, dismissed, without costs and without disbursements, as subsumed in the judgment and reviewed on appeal therefrom. Judgment, Supreme Court, New York County, entered December 8, 1977, unanimously affirmed on the opinions of Bloom and Greenfield, JJ., at Trial Term. Respondents shall recover of appellants one bill of $60 costs and disbursements of this appeal. No opinion. Concur—Lupiano, J. P., Evans, Markewich and Sullivan, JJ.